1  Brooke Killian Kim (SBN 239298)
   *brooke.kim@us.dlapiper.com*
2  **DLA PIPER LLP (US)**
   4365 Executive Drive, Suite 1100
3  San Diego, CA 92121-2133
   Tel:    (619) 699.2700
4  Fax:    (619) 699.2701

5  Gregory G. Sperla (SBN 278062)
   *greg.sperla@us.dlapiper.com*
6  **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
7  San Francisco, CA 94015-2933
   Tel:    (415) 836-2500
8  Fax:    (415) 836-2501

9  Connor M. Scott (SBN 321714)
   *connor.scott@us.dlapiper.com*
10 **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
11 Suite 400, North Tower
   Los Angeles, CA 90067-4735
12 Telephone:    (310) 595-3000
   Facsimile:     (310) 595-3300
13
   Attorneys for Defendants
14 **L'ORÉAL USA, INC. AND
   L'ORÉAL USA PRODUCTS, INC.**
15

   Andrew Parker Felix (SBN 276002)
   *AFelix@ForThePeople.com*
   **MORGAN & MORGAN**
   20 N. Orange Ave, Suite 1600
   Orlando, FL 32801
   Tel:    (619) 699.2700
   Fax:    (619) 699.2701

   Attorneys for Plaintiff
   **SHARON MIRTAHERI**

16                    UNITED STATES DISTRICT COURT

17                   CENTRAL DISTRICT OF CALIFORNIA

18 SHARON MIRTAHERI, an individual;         CASE NO. 2:25-cv-04047-PA-SSC

19              Plaintiff,                   **STIPULATION TO REMAND
                                             ACTION TO STATE COURT**
20       v.

21 L'ORÉAL USA, INC., L'ORÉAL USA
22 PRODUCTS, INC., JOHN PAUL
   MITCHELL SYSTEMS, GOLDWELL
   NEW YORK, HENKEL,                         Complaint Filed: 04/28/2025
23 SCHWARZKOPF, FRAMESI SpA,                 Action Removed: 05/06/2025
24 FRAMKAT L.P. d/b/a Framesi North
   America, FT PITT FRAMESI, LTD, and
25 JOHN DOE CORPORATIONS 1-100;

26              Defendants.

27

28
                                    -1-
                  STIPULATION TO REMAND ACTION TO STATE COURT
                                          CASE NO. 2:25-CV-04047

DLA PIPER LLP (US)
   SAN DIEGO

1620376364.1

1    Defendants L'Oréal USA, Inc. and L'Oréal USA Products, Inc (collectively,

2    "L'Oréal USA" or "Defendants") and Plaintiff Sharon Mirtaheri ("Plaintiff"), by and

3    through counsel of record, hereby stipulate that this action shall be remanded to the

4    State Court from which it was removed, Los Angeles Superior Court, Case No.

5    25STCV12312.

6

7    Dated: May 16, 2025                          Dated: May 16, 2025

8    **MORGAN & MORGAN**                           **DLA PIPER LLP (US)**

9
     */s/ Andrew Parker Felix*                     */s/ Brooke Killian Kim*
10   ANDREW PARKER FELIX                           BROOKE K. KIM
                                                   GREGORY G. SPERLA
11                                                 CONNOR M. SCOTT
     *Attorneys for Plaintiff*
12   *Sharon Mirtaheri*
                                                   *Attorneys for Defendants*
13                                                 *L'Oréal USA, Inc. and*
                                                   *L'Oréal USA Products, Inc.*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
SAN DIEGO

-1-
STIPULATION TO REMAND ACTION TO STATE COURT
CASE NO. 2:25-CV-04047

1    **ATTESTATION OF CONCURRENCE IN FILING (L.R. 5-4.4(a)(2)(i))**

2         I, Brooke K. Kim, am the ECF user whose ID and password are being used to

3    file the foregoing Stipulation. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest

4    that all signatories listed above, and on whose behalf this filing is submitted, concur

5    in the filing's content and have authorized the filing.

6

7    Dated: May 16, 2025                          DLA PIPER LLP (US)
                                                   By:  */s/ Brooke K. Kim*
8                                                       BROOKE K. KIM

9                                                   Attorneys for Defendants
10                                                  *L'Oréal USA, Inc. and*
                                                    *L'Oréal USA Products, Inc.*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
SAN DIEGO

0626578364.1

-1-
STIPULATION TO REMAND ACTION TO STATE COURT
CASE NO. 2:25-CV-04047

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of May, 2025, I caused a true and correct copy of the foregoing Stipulation to Remand to State Court to be filed via the Court's electronic filing system, which will effect service on all parties on the e-service list.

/s/ Brooke K. Kim
Brooke K. Kim

DLA PIPER LLP (US)
SAN DIEGO

-1-
STIPULATION TO REMAND ACTION TO STATE COURT
CASE NO. 2:25-CV-04047