UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MIRTAHERI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., JOHN PAUL MITCHELL SYSTEMS, GOLDWELL NEW YORK, HENKEL, SCHWARZKOPF, FRAMESI SpA, FRAMKAT L.P. d/b/a Framesi North America, FT PITT FRAMESI, LTD, and JOHN DOE CORPORATIONS 1-100;<br><br>Defendants. | CASE NO. 2:25-cv-04047-PA-SSC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON**<br><br>Complaint Filed: 04/28/2025<br>Action Removed: 05/06/2025 |

**[PROPOSED] ORDER**

Defendants L'Oréal USA, Inc. and L'Oréal USA Products, Inc (collectively, "L'Oréal USA" or "Defendants") and Plaintiff Sharon Mirtaheri ("Plaintiff") filed a Stipulation to Remand Action to the State Court of California ("Stipulation"), requesting that the Court remand this action to the Los Angeles Court. Having considered the stipulation and finding good cause therefor, the Court GRANTS the parties' request and REMANDS this action to the Superior Court of California, County of Los Angeles.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

_____
The Honorable Percy Anderson
United Stated District Court Judge