JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MIRTAHERI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., JOHN PAUL MITCHELL SYSTEMS, GOLDWELL NEW YORK, HENKEL, SCHWARZKOPF, FRAMESI SpA, FRAMKAT L.P. d/b/a Framesi North America, FT PITT FRAMESI, LTD, and JOHN DOE CORPORATIONS 1-100;<br><br>Defendants. | CASE NO. 2:25-cv-04047-PA-SSC<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON**<br><br>Complaint Filed: 04/28/2025<br>Action Removed: 05/06/2025 |

1

**ORDER**

2        Defendants L'Oréal USA, Inc. and L'Oréal USA Products, Inc (collectively,

3    "L'Oréal USA" or "Defendants") and Plaintiff Sharon Mirtaheri ("Plaintiff") filed a

4    Stipulation to Remand Action to the State Court of California ("Stipulation"),

5    requesting that the Court remand this action to the Los Angeles Court.   Having

6    considered the stipulation and finding good cause therefor, the Court GRANTS the

7    parties' request and REMANDS this action to the Superior Court of California,

8    County of Los Angeles.

9        PURSUANT TO STIPULATION, IT IS SO ORDERED

10

11    Dated: May 16, 2025            _____

12                                         Percy Anderson
                                    United Stated District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA Piper LLP (US)
San Diego

-1-
[PROPOSED] ORDER GRANTING STIPULATION TO
REMAND ACTION TO STATE COURT
CASE NO. 2:25-CV-04047-PA-SSC